■ Toni M. Cataldo, Appellant, v Lawrence C. Kolb et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 29, 1976, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Markewich and Yesawich, JJ.

■ Toni M. Cataldo, Appellant, v Melvin H. Osterman, as Director of the Office of Employee Relations of the State of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered April 13, 1976, *inter alia*, denying petitioner's application to compel arbitration, unanimously affirmed, without costs and without disbursements. As Special Term noted, since petitioner severed her employment some time ago, the need for the relief she seeks has been rendered academic. Concur—Kupferman, J. P., Lupiano, Markewich and Yesawich, JJ.